**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Patrick A. Hickey and Cecilia P. Hickey  **V.**  The Huntington National Bank

Appellate case number:    01-12-00670-CV

Trial court case number:  1170468

Trial court:              190th District Court of Harris County

Date motion filed:        June 25, 2013

Party filing motion:      Patrick A. Hickey and Ceclilia P. Hickey

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Rebeca Huddle
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle

Date:  July 19, 2013